# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Brett Lain St. John, | ) | |
| | ) | Case No. 1:07-cr-032 |
| Defendant. | ) | |
| | ) | |

_____

The court ordered the Defendant detained pending trial in Case No. 1:07-cr-033. When making his initial appearance in the above-entitled action on May 4, 2007, the Defendant did not contest detention.

Accordingly, the court on its own motion **ORDERS** that the Defendant be detained pending final disposition of this matter. The court **FURTHER ORDERS** the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 4th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge